**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00242-CV

### IN RE NATHANIEL JONES III, Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**133rd District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2014-44583** |

### MEMORANDUM OPINION

On March 19, 2015, relator Nathaniel Jones III filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to rule on two motions relator allegedly filed with the court.

Mandamus will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy at law. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004). Those seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding). This requirement includes the obligation to provide the reviewing court with a complete and adequate record sufficient to establish the relator's entitlement to relief. *Id.* (citing *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)). Specifically, relator is obligated to furnish a record containing a certified or sworn copy of every document filed in the underlying proceeding that is material to relator's claims for relief. Tex. R. App. P. 52.7(a)(1).

Relator has failed to provide this court with any documents filed in the underlying proceeding that are material to his claims for relief. Relator's status as a *pro se* party does not exempt him from complying with the applicable rules of procedure. *See Wheeler v. Green*, 157 S.W.3d 439, 444 (Tex. 2005). Relator has not satisfied his obligation to provide this court with a complete and adequate record sufficient to establish his entitlement to relief.

We deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.